IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVEN JOSHUA DINKLE, #309 785, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-86-WHA |
| | ) | [WO] |
| ALABAMA DEPT. OF CORRECTIONS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on March 29, 2018. Doc. 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

An appropriate judgment will be entered.

Done this 19th day of April, 2018.


   /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE